**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Joseph Michael Hinton,**    Case No. **10-04477-lmj13**
**Amanda Sue Hinton,**
            Debtor(s)

December 1, 2010 Courtroom Hearing on:
☒ **Pending Plan** / ☐ **Motion to Modify Plan After Confirmation (#15) and Objection (#28)**

Court Reporter:    Tracy A.H. Lamp - TA Reporting

Appearances:    Elizabeth E. Goodman, Attorney for Trustee (☒ Present  ☐ Not Present  ☐ NA)
              Penelope C. Souhrada, Attorney for Debtor(s) (☒ Present  ☐ Not Present  ☐ NA)

**ORDER**
(date entered on docket: December 2, 2010)

**It is hereby ORDERED that:**

☐ The objections ☐ are overruled / ☐ were withdrawn prior to or at the time of the hearing. The ☐ pending plan is confirmed / ☐ motion to modify plan after confirmation is granted.

☐ The objections are sustained.

☐ Based on the verbal notice of conversion to Chapter 7 by the debtor(s), the entry of this Order on the docket shall constitute notice of conversion pursuant to 11 U.S.C. section 1307(a). Upon payment of the filing fee for conversion, the Clerk's Office shall prepare the 11 U.S.C. section 341 notice in converted case and shall serve it on parties in interest pursuant to Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☐ Since this case has not been converted under 11 U.S.C. section 706, 1112 or 1208, the verbal motion by the debtor(s) to dismiss is granted pursuant to 11 U.S.C. section 1307(b). This case is hereby dismissed and service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☐ By _____ the parties shall submit / file:
   ☐ a consent order.
   ☐ a stipulation of facts and their briefs and arguments.

☒ The matter is continued to January 5, 2011 at 9:30 a.m. (Locations: ICN Courtroom, 3rd Floor, U.S. Courthouse Annex, 110 East Court Avenue, Des Moines, Iowa and Courtroom 140, Davenport Courthouse, 131 E. 4th Street, Davenport, Iowa.)

☐ By _____ the debtor(s) shall:
   ☐ provide the trustee with the requested ☐ income information ☐ expense information ☐ domestic support obligation information ☐ tax returns and refunds.
   ☐ file amended Schedule(s) _____ .
   ☐ file a ☐ modified plan / ☐ motion to modify plan after confirmation.
   ☐ file an objection to the proof of claim filed by _____ .
   ☐ file ☐ a notice of conversion or ☐ a motion to dismiss the case.

☐ The debtor(s) shall bring the arrearage in plan payments current by _____ .

☐ Other: _____ .

Today's record shall constitute the Court's findings and conclusions pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014.

                                                            /s/ Lee M. Jackwig
                                                            Lee M. Jackwig
                                                           U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
☒ Electronic Filers in this Chapter Case
☐ Everyone in this Chapter Case
☐ Others: