39863

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 10-04477 |
| | : | |
| JOSEPH MICHAEL HINTON AND | : | |
| AMANDA SUE HINTON; | : | OBJECTION TO DEBTORS' |
| | : | OBJECTION TO PROOF OF |
| | : | CLAIM OF BAC HOME LOAN |
| Debtors. | : | SERVICING, LP, CLAIM #21 |

    COMES NOW, BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP ("Claimant"), secured creditor of the above named Debtors, and objects to Debtors' Objection to Proof of Claim #21 filed February 1, 2011, and states that the claim as filed accurately represents the indebtedness owed by the Debtors to Claimant.

    WHEREFORE, Claimant requests that it claim be allowed.

/S/ Benjamin W. Hopkins
Benjamin W. Hopkins
PETOSA, PETOSA & BOECKER, L.L.P.
1350 NW 138th Street, Suite 100
Clive, Iowa 50325-8308
Telephone: (515) 222-9400
Facsimile: (515) 222-9121
IS# 9999346

ATTORNEYS FOR BAC HOME LOANS
SERVICING LP, FKA COUNTRYWIDE HOME
LOANS SERVICING LP

39863

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing Objection to Debtors' Objection to Proof of Claim of BAC Home Loan Servicing, LP, Claim #21 was electronically mailed and/or mailed by United States mail, postage prepaid, this 3rd day of March, 2011, to the persons listed below.

                                              /S/Patricia S. Campbell
                                              Patricia S. Campbell

COPIES TO:

United States Trustee
Federal Bldg., Room 793
210 Walnut Street
Des Moines, IA 50309

Albert C. Warford, Trustee
505 5th Avenue, Suite 520
Des Moines, IA 50309

Penelope C. Souhrada, Attorney
617 Brady Street, #1
Davenport, IA 52803